**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERRANO ET AL., | No. C 10-05013 CRB |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| WELLS FARGO HOME MORTGAGE ET AL., | |
| Defendants. / | |

    On February 25, 2011, an initial case management conference was scheduled in this case. Neither side appeared. Accordingly, the Court DISMISSED the matter for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: March 17, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5013\order dismissing.wpd