IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERRANO ET AL., | No. C 10-05013 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WELLS FARGO HOME MORTGAGE ET AL., | |
| Defendants. / | |

Having dismissed the case for failure to prosecute, the Court hereby enters judgment for Defendants.

**IT IS SO ORDERED.**

Dated: March 17, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5013\judgment.wpd